IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AUBREY CLARK AND WIFE, § | |
| KELLY CLARK § | |
| *Plaintiffs,* § | |
| § | |
| vs. § | CIVIL ACTION NO. 2:07-CV-191 |
| § | (Judge T. John Ward) |
| § | |
| KELLOGG BROWN & ROOT, LLC, et al § | |
| *Defendants.* § | |
| § | |

## SUBJECT TO MOTION TO TRANSFER VENUE AND MOTIONS TO DISMISS, DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Subject to its Motion to Transfer Venue and Motion to Dismiss, Defendants KELLOGG BROWN & ROOT, LLC; BROWN & ROOT, INC. n/k/a KELLOGG BROWN & ROOT, LLC; KBR, INC. d/b/a KELLOGG BROWN & ROOT, INC, files this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1.

There are no parent corporations or publicly held companies which own 10% or more of KBR, Inc.'s stock.

KBR Holdings, Inc. is the parent corporation of KELLOGG, BROWN & ROOT, LLC.

Respectfully submitted,

By: _____/s/_____
M.C. Carrington
Attorney in Charge
Texas State Bar No. 03880800
James G. Martingano
Texas State Bar No. 00791194
**MEHAFFYWEBER, PC**

HOULITIGATION 836668.1

One Allen Center
500 Dallas, Suite 1200
Houston, Texas  77002
Phone – 713-655-1200
Fax – 713-655-0222
mccarrington@mehaffyweber.com
jamesmartingano@mehaffyweber.com
Attorneys for Defendant KBR, Inc.

## CERTIFICATE OF SERVICE

  I, the undersigned, hereby certify that a true and correct copy of the foregoing Motion was served via CM/ECF for the Eastern District of Texas, this 3rd day of August, 2007.

                _____/s/_____
                James G. Martingano

HOULITIGATION 836668.1       2