IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| AUBREY CLARK AND WIFE, | § | |
| KELLY CLARK | § | |
| *Plaintiffs* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 2:07-CV-191 |
| | § | (Judge T. John Ward) |
| | § | |
| KELLOGG BROWN & ROOT, LLC, et al | § | |
| *Defendants* | § | |
| | § | |

## NOTICE OF APPEARANCE

Comes Now, James G. Martingano, one of the attorneys for Defendants KELLOGG BROWN & ROOT, LLC; BROWN & ROOT, INC. n/k/a KELLOGG BROWN & ROOT, LLC; KBR, INC. d/b/a KELLOGG BROWN & ROOT, INC and files this notice of Appearance and requests that James G. Martingano be served with any and all pleadings or other correspondence in the above-entitled and numbered cause.

Respectfully submitted,

By: _____/s/_____
M.C. Carrington
Attorney in Charge
Texas State Bar No. 03880800
James G. Martingano
Texas State Bar No. 00791194
**MEHAFFYWEBER, PC**
One Allen Center
500 Dallas, Suite 1200
Houston, Texas  77002
Phone – 713-655-1200
Fax – 713-655-0222
mccarrington@mehaffyweber.com
jamesmartingano@mehaffyweber.com

>Defendants KELLOGG BROWN & ROOT, LLC; BROWN & ROOT, INC. n/k/a KELLOGG BROWN & ROOT, LLC; KBR, INC. d/b/a KELLOGG BROWN & ROOT, INC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing Motion was served via CM/ECF for the Eastern District of Texas, this 3rd day of August, 2007.

_____/s/_____
James G. Martingano