IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| AUBREY CLARK AND WIFE, | § | |
| KELLY CLARK | § | |
| *Plaintiffs* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 2:07-CV-191 |
| | § | (Judge T. John Ward) |
| | § | |
| KELLOGG BROWN & ROOT, LLC, et al | § | |
| *Defendants* | § | |
| | § | |

## ORDER ON MOTION TO TRANSFER VENUE

On this day, came to be heard, Defendants KELLOGG BROWN & ROOT, LLC;

BROWN & ROOT, INC. n/k/a KELLOGG BROWN & ROOT, LLC; KBR, INC. d/b/a

KELLOGG BROWN & ROOT, INC's Motion to Transfer Venue. The Court, having the

heard the motion, any response, and the arguments of counsel is of the opinion that the

Motion is meritorious and should, in all things, be GRANTED.

The case is hereby be transferred to the Southern District of Texas – Houston

Division.