IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AUBREY CLARK AND WIFE, § <br> KELLY CLARK § <br> *Plaintiffs* § <br> § <br> vs. § <br> § <br> § <br> KELLOGG BROWN & ROOT, LLC, et al § <br> *Defendants* § <br> § | CIVIL ACTION NO. 2:07-CV-191 <br> (Judge T. John Ward) |

## ORDER ON MOTION TO DISMISS CLAIMS OF PLAINTIFF KELLY CLARK UNDER FED. R. CIV. PROC. 12(b)(6)

On this day, came to be heard, Defendants KELLOGG BROWN & ROOT, LLC; BROWN & ROOT, INC. n/k/a KELLOGG BROWN & ROOT, LLC; KBR, INC. d/b/a KELLOGG BROWN & ROOT, INC's Motion to Dismiss the Claims of Plaintiff Kelley Clark under Federal Rule of Civil Procedure 12(b)(6). The Court, having the heard the motion, any response, and the arguments of counsel is of the opinion that the Motion is meritorious and should, in all things, be GRANTED.

Plaintiff Kelley Clark has failed to state a claim upon which relief can be granted. Therefore, all claims by Plaintiff Kelly Clark against Defendant are hereby dismissed with prejudice.