IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AUBREY CLARK AND WIFE, KELLY CLARK<br>*Plaintiffs,*<br><br>vs.<br><br>KELLOGG BROWN & ROOT, LLC, et al<br>*Defendants.* | §<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 2:07-CV-191<br>§  (Judge T. John Ward)<br>§<br>§<br>§<br>§ |

**SUBJECT TO MOTION TO TRANSFER VENUE AND MOTIONS TO DISMISS,
<u>DEFENDANTS' CORPORATE DISCLOSURE STATEMENT</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

Subject to its Motion to Transfer Venue and Motion to Dismiss, Defendants KELLOGG BROWN & ROOT, LLC; BROWN & ROOT, INC. n/k/a KELLOGG BROWN & ROOT, LLC; KBR, INC. d/b/a KELLOGG BROWN & ROOT, INC, files this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1.

There are no parent corporations or publicly held companies which own 10% or more of KBR, Inc.'s stock.

KBR Holdings, Inc. is the parent corporation of KELLOGG, BROWN & ROOT, LLC.

       Respectfully submitted,

       By: _____/s/_____
       M.C. Carrington
       Attorney in Charge
       Texas State Bar No. 03880800
       James G. Martingano
       Texas State Bar No. 00791194
       **MEHAFFYWEBER, PC**

HOULITIGATION 836668.1

>One Allen Center
>500 Dallas, Suite 1200
>Houston, Texas  77002
>Phone – 713-655-1200
>Fax – 713-655-0222
>mccarrington@mehaffyweber.com
>jamesmartingano@mehaffyweber.com
>Attorneys for Defendant KBR, Inc.

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing Motion was served via CM/ECF for the Eastern District of Texas, this 3rd day of August, 2007.

>_____/s/_____
>James G. Martingano

HOULITIGATION 836668.1                          2