# EXHIBIT "1"

Dockets.Justia.com

CAUSE NO. 06-H-0395-C

| | | |
|---|---|---|
| AUBREY CLARK AND WIFE, KELLY CLARK, | ) | IN THE DISTRICT COURT |
| VS. | ) | MATAGORDA COUNTY, TEXAS |
| KELLOGG BROWN & ROOT, LLC AND HALLIBURTON COMPANY. | ) | 23RD JUDICIAL COURT |

*********************************************************

VIDEOTAPED ORAL DEPOSITION OF

AUBREY CLARK

NOVEMBER 6, 2006

*********************************************************

VIDEOTAPED ORAL DEPOSITION OF AUBREY CLARK, produced as a witness at the instance of the Plaintiff, and duly sworn, was taken in the above-styled and numbered cause on the 6th of November, 2006, from 10:51 a.m. to 1:15 p.m., before Kimberly K. Gauthier, CSR in and for the State of Texas, reported by machine shorthand, at Brompton Court Apartments, 7510 Brompton, Apt. 598; Houston, Texas, pursuant to the Texas Rules of Civil Procedure and any provisions stated on the record or attached hereto.

grandkids, you know, about the best thing I like to do any more. You know, we go out and eat every weekend and take the family. But most of the time I'm just, you know, just around the house and doing things that need to be doing around there, light stuff.

Q **Now, you currently live up in Grapeland, Texas. I'm not talking where you're living right now because of your illness --**

A Yes.

Q **-- but your normal homestead is in Grapeland, correct?**

A Yes.

Q **And would you describe your house and your land where you live?**

A You'd think I'm bragging. We got a nice big brick house with a big back end on it porched in with glass. We got about an 8-acre lake 75 yards behind the house with a diving board on it full of catfish and bass. It's got a pier running out on it with a little boathouse, big barbecue pit and stuff out there. You know, it's kind of unique for me, you know. I'm not trying to brag. I'm just thankful of it, you know.

Q **Would it be fair to say, sir, you're proud of your home?**

A Yes.

**what area of Brown & Root did you work in, what part of the company?**

A Marine operators.

**Q Now, within marine operators, in that division of Brown & Root, what were you doing for Brown & Root back in the early Seventies, '71/72 time period?**

A Well, you know, they call that pile drivers/riggers. Mainly what it was, I was a helper and, you know, you just done what you was told. It was really the lowest man on decks out there. You know, you -- if a welder needed some help or if a fitter did, your boss would send you over there to help whoever and, if not, you worked in the rigging gang.

**Q Now, you were working on seagoing barges; is that right?**

A Yes.

**Q And this was out in the Gulf of Mexico?**

A Yeah.

**Q And what was -- what was the purpose of these seagoing barges or vessels?**

A Well, these shipyards and stuff along these -- well, in Aransas Pass, they got a big one and they'll be in by them ship channels and them shipyards would build these big platforms. And what we would do on it is take these platforms offshore and launch them off of barges,

4161fd66-afa9-4d4e-aba2-0f83a2994b5

big material barges and get ahold of them with a big -- see, these barges had big cranes on them. Back years ago, they -- a 500 ton was the big size and then we got there at the last some 2,000 tons. And you would take that barge and bring it out there and launch that jacket off and you would hook this crane onto it that was on this work barge that we worked on and we would pick it up off of the barge or either launch it off -- if it was within our capacity, we would pick it up. If it wasn't, we would launch it off and leave part of it flooded and hook the barge to it, our barge, with some big slings and we would upright it. A lot of times it would go over wells that had already been drilled out there, and then you'd set this platform down on a location which would be determined by surveyors and you'd orientate it whichever way it needed to be and then you would flood it all the way and set it on bottom and then we would drive piling in the legs and then take what would be called a deck section, it would come out and you would pick that deck section up and set it on there. And most of the time, we would put the drilling rig on it. And, you know, we went through the whole process other than the land direction out there up to the painting of it. You know, we painted it and everything and then we would move on to another.


**Q So, would it be a fair summary that these barges that you worked on, these seagoing vessels that y'all would basically install oil production platforms or oil rigs out in the Gulf of Mexico?**

A Yeah, yeah, yeah. That would be shorter than what I said.

**Q Now, where would you primarily ship out of in order to go out to the Gulf of Mexico?**

A We worked all over. You know, we worked -- started at -- we worked on the Texas coast, Galveston, Aransas Pass, Matagorda. We work -- there was another place -- Brown & Root -- did I say Aransas Pass?

**Q Yes, sir. How about Orange?**

A Yeah, I've come out of Orange, out of there before also.

**Q So would it be fair to say that the places where you shipped out of most often would be Galveston, Matagorda, Orange and Aransas Pass?**

A Yeah, we done more work out of Texas than any other place.

**Q And that's where you would ship out and get on your barge --**

A Yeah.

**Q -- and go out?**

A Yes.

4161fd66-afa9-4d4e-aba2-0f83a2994b54

**Q Now, one thing about Brown & Root is if there's not work, they typically lay people off, right?**

A Right. Yeah. If there's not a job there and it usually starts with your lower -- you know, your lower people that gets laid off.

**Q Now, on occasion, would you be laid off while at Brown & Root?**

A Yes.

**Q While you were with the Brown & Root marine operators, would you say that was a pretty consistent time period that you worked pretty much from the early Seventies through the mid-1980s?**

A You know, Keith, they probably wasn't very many of them that worked more than I did. I went down and done a little work one time for my superintendent's son putting some cranes together that we was laid off. And I -- I don't think I was gone but four or five months. As quick as Brown & Root got back, you know, it depended on the oil field. You know, if there was a lot of work on the oil field, everybody worked. If the work got slow, they just edged them off however the office said to. But I was laid off from Brown & Root I think one -- one, possibly two times from there to I think in 1986 I came out of Alaska and I believe it was -- I know when it was. It was the 13th day of December because it

was 10 below in Anchorage and I don't remember the last time it had been above zero, but it was cold.

**Q So, Aubrey, in the 14 or 15 years you worked at Brown & Root, you were only laid off one or two times; is that right?**

A Yeah, for short periods.

**Q And what were some of the names of the barges that you worked on while you were at Brown & Root?**

A I worked on George R. Brown, H.A. Lindsey, Foster Parker, two or three of them they brought in from overseas and I done short stints on them. They had an old big barge called the Atlas that had a 2,000 ton rig on it, and I went over there and helped them boys get that barge straightened out. They had a lift ship named the Ocean Builder, which was 2,000 tons and I worked on it. Then they had another lift ship they kept on the West Coast, and it was mine. I usually done most of the work with it. It was 2,000 ton lift ship called the Serita, but we didn't get that lift ship until late years. I think the first time I went on it was in '84 or '85.

**Q Now, the barges that you were working on had cranes. They were fully operational seagoing vessels, correct?**

A Yeah, they had a machine shop on them. They

4161fd66-afa9-4d4e-aba2-0f83a2994b5

could do anything.

**Q You had quarters on them, correct?**

A Yes, yes, yes.

**Q And you were a member of the crew of these Brown & Root vessels; is that right?**

A Yes.

**Q And you contributed to the operation of those vessels while at sea?**

A Yes.

**Q Now, I want to start off in that '71/72 time period, and I'd like for you to tell me about what your job title was and what you would do on an average day.**

A 7 -- in '72 up until I started getting promotions and all, I done everything, whatever they told me. I could be helping them mechanics, welders, riggers. I was a flunkey. You know, I got done what I was told.

**Q Well, would another way to put it is you were learning the trade?**

A Yes. Yeah, they were teaching me -- you know, I -- they was teaching me how to do everything as we went along.

**Q And, again, this was out in the Gulf of Mexico?**

A Yes.

Q Now, these cranes and these pile drivers and equipment like that, would you have to lubricate those pieces of equipment?

A Yes.

Q Would you have to clean those pieces of equipment?

A Yes.

Q Would it be fair to say that when you were working on these offshore barges that they were, let's say, oily, kind of grimy type pieces of equipment where you were working?

MR. MARTINGANO: Objection, form.

Q (By Mr. Hyde) Let me -- since he objected.

Would you describe what would it would be like working on the equipment, what did it look like, how did it feel while you were on the barges?

A Well, to -- all right. I'm going to tell you just one of the average hammers that we used to drive piling with. This hammer is going to weigh 100 tons. All right. You got to shoot grease in it to make it slide up and down through the travel. The hammer sets in a big traveling block (indicating). You have to grease that thing where it -- it will slide up and down through there. All right. You got to put a lot of grease on them things or it won't slide. It weighs 100

4161fd66-afa9-4d4e-aba2-0f83a2994b5

tons. It will rub one side or another. The moving parts on the hammer itself had to be greased and they didn't grease them with no little grease gun that you pump. We used air guns that would chit-chit-chit shoot grease to that back wall back there (indicating). And, you know, you put a lot of grease on them things. You had to to make them work. Well, the wind always blowing out there. You put them up on top of these pilings 70, 80 foot in the air, that grease starts coming off. Sometimes the operators have to come out of their cabs and shut them down to clean their windows where they can see what they got ahold to. You know what that's doing to your deck. You know, I mean, it's just stuff that's all around.

**Q Now, when you'd lubricate the various types of equipment on this barge, would that be something that you would do every day?**

A We had to do it every time we used that hammer. You know, if we was driving piling, it was done.

**Q But as far as the operation of the barge itself, the internal parts of the barge, be it different pieces of machinery, would you also have to lubricate that or oil that on a daily basis?**

A You know, occasionally I did grease all them

4161fd66-afa9-4d4e-aba2-0f83a2994b54

shives and -- and stuff. But most of the time, they had an oiler that done your stuff in your cab. See, we worked on the deck. But, you know, he -- we have done it and sometimes we -- you know, the oiler done it.

**Q Would your clothes get oily and greasy while you were out there?**

A Yeah.

**Q Would your tools get oily and greasy, whatever tools you were using?**

A Yes, they would.

**Q Now, would you have to use some type of solvent to clean equipment on the barge or clean your tools or clean your hands?**

A Yeah.

**Q What type of solvent would you use to clean your tools, your hands, the equipment, surfaces, clothes even?**

A Benzene.

**Q So, where would you get the benzene?**

A They had it stacked up around the round house on the barge. It was a barrel rack up there and they had all different kind of oils and lubricants in there and that's where they kept their benzene, too.

**Q Was it in a drum?**

A Yes.

4161fd66-afa9-4d4e-aba2-0f83a2994b5

Q **Did it have a spigot on it?**

A Yes, it had a spigot on it.

Q **And generally what was the color of the drum of benzene?**

A I think that drum was black. It was dark colored.

Q **How did you know that it was benzene?**

A It had a benzene sticker on it, you know. And a lot of times they would write on them with a marker that was a wax based, on the top of it they would write benzene, just the oiler or the engineer. Like if the barrels had been on a boat for a long time and been wet and wouldn't tagged good, they would mark them on there. You know, they would put, like, benzene on this one and certain kind of oil on that one.

Q **Was the benzene effective at removing oil and grease?**

A Oh, yeah, it cut it.

Q **What did the benzene look like?**

A Well, it was just a clear liquid. Kind of whenever you touched it, it would be a little damp, a little bit cold, you know.

Q **Did it have any type of odor that you recall?**

A You know, that stuff had a funny smell to it. It would make you kind of lightheaded sometimes.

**Q Now, on an average, let's say, week while you were out on the Brown & Root barge, about how many times a week would you use the benzene?**

A You know, sometimes we used it every day. Sometimes we wouldn't use it for two or three days. I would say if you -- if you figured it out, you would say you was in that benzene every other day --

**Q And then --**

A -- you know, if you took and averaged it.

**Q And this started from the early Seventies to approximately when do you recall that you were no longer using the benzene?**

A You know, I think that stuff quit showing up out there in the late Seventies. You know, I'm not -- like I said, I'm not sure about just that. You know, that that's the way it is, but --

**Q But that's your truthful testimony?**

A That's my truthful calculation right there.

**Q Now, on an average day, how long would you use the benzene to either clean up equipment or clean your hands or your tools or clothing? About how long would you do that?**

A 30 minutes to two hours.

**Q Depending on what job --**

A Depending on what job we was doing. You know,

a little bitty job 15 to 45 minutes, but if we had -- like I said, we cleaned them hammers with that stuff and sometimes we was in it all day.

Q And would you describe how you would clean a hammer with the benzene?

A Well, you have a big fire hose out there hooked up on saltwater out of -- out of the Gulf of Mexico and you spray it off and you try to knock all the grease -- you know, try to knock the grease that you could off because you had -- some of them fire hoses took two or three men to hold them. But you try to knock that grease off of them there and then you come in and spray them -- spray that benzene on that thing and then let it set awhile and it would -- if you done it two or three times, it would get a pretty good, you know, clean on it. Now, if you got down and scrubbed it, you could get it pretty well clean.

Q And how long would it take you --

MR. MARTINGANO: Objection, nonresponsive.

Q (By Mr. Hyde) How long would it take you to do that, Aubrey, to clean that hammer?

A It would take us a half a day to get them clean, maybe a little longer --

Q How often --

A -- depending on if somebody called us off to do something else.

**Q How often would you have to do that?**

A Well, when that barge was working, we didn't do it because it would slow the production down. But if -- when they shut down, you know, when they -- like we finished a job or had a little standby time, they would jump us on that kind of stuff there.

**Q Would you ever have to clean the surface of the barge with benzene?**

A The metal on it we did. You know, we -- and the handrails, you know, we would go over there and do the same process that we done on that hammer. We'd come over and spray the rough off and then we'd spray it on there or either have a rag and put it on there with a rag and then that stuff might near evaporate.

**Q And that would be just to get the grease off?**

A Yeah, yeah.

**Q Sir, were there ever times that you would feel lightheaded from using the benzene?**

A You get downwind from it you will. You get downwind from it you would.

**Q Is that something that happened routinely with you?**

MR. MARTINGANO: Objection, form.

A Oh, yeah, if you was around it a good bit. You know, if you was downwind from it, it happened as often -- half as often as it didn't happen.

**Q (By Mr. Hyde) Whenever you were using the benzene, would it be fair to say that you could always identify the odor?**

A Yeah, it had kind of a sweet smell to it.

**Q Were you ever instructed by Brown & Root to wear gloves when using the benzene?**

A No. They never did say nothing about using gloves.

**Q Were you ever instructed to wear a respirator?**

A No.

**Q Did Brown & Root ever provide you any type of warning that the benzene would be a health hazard to yourself and cause damage to your --**

A You know, I used that stuff until it was gone before I ever knew that it wasn't all right to use it. You know, I never heard nobody say, Y'all can't use that.

MR. MARTINGANO: Objection, nonresponsive.

**Q (By Mr. Hyde) I'm going to ask you a very specific question and because he objected to the response, so I want to make sure that you answer it --**

4161fd66-afa9-4d4e-aba2-0f83a2994b54

answer that specific question.

Were you ever provided with any warnings that benzene was harmful to your body?

A No.

Q Were you ever given any instruction by Brown & Root how to protect yourself from exposure to benzene?

A No.

Q Now, I think you said that the benzene was present on these -- on these barrel racks from when you started, which would have been in the '71/72 time period through I think you said the late Seventies; is that right?

A Yeah. Late Seventies -- from mid Seventies to late Seventies. I'm not positive about that. You know, it was used -- I don't remember the exact time whenever they quit that.

Q But it's your honest --

A I know --

Q But it's your honest testimony you believe it was sometime in the late Seventies that they discontinued making benzene available on the barrel racks; is that true?

A Yes.

Q Now, if you would, take me through the Seventies and Eighties as to what you were doing at

**Brown & Root on an average day.**

A My job --

**Q Yes, sir.**

A -- title?

**Q Uh-huh.**

A Well, it started out where I was a pile driver helper. I don't remember --

MR. HYDE: Why don't we go off the record for one second and let you get a drink.

THE VIDEOGRAPHER: We are off the record at 11:35.

(RECESS FROM 11:35 TO 11:36.)

THE VIDEOGRAPHER: We're back on the record at 11:36.

A Repeat your question, please.

**Q (By Mr. Hyde) After the, let's say, mid to late Seventies, would you describe generally what your work was like for Brown & Root and where you worked?**

A All right. I worked mostly on the derrick barge Foster Parker.

**Q And what were you doing on the Foster Parker?**

A Well, I started out as a helper. I went to a rigger, and from a rigger to a rigger leadman. Sometime in the very late Seventies, I was rigger foreman.

**Q And when you left Brown & Root in 1986, I'm**

CAUSE NO. 06-H-0395-C

| | | |
|---|---|---|
| AUBREY CLARK AND WIFE, KELLY CLARK, | ) | IN THE DISTRICT COURT |
| VS. | ) | MATAGORDA COUNTY, TEXAS |
| KELLOGG BROWN & ROOT, LLC AND HALLIBURTON COMPANY. | ) | 23RD JUDICIAL DISTRICT |

REPORTER'S CERTIFICATION
DEPOSITION OF AUBREY CLARK
NOVEMBER 6, 2006

I, Kimberly K. Gauthier, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

That the witness, AUBREY CLARK, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

That the deposition transcript was submitted on ______________________________ to the witness or to the attorney for the witness for examination, signature and return to me by ______________________;

That the amount of time used by each party at the deposition is as follows:

Mr. Hyde ....................1:17
Mr. Martingano...............0:44

That pursuant to information given to the Deposition officer at the time said testimony was taken,

4161fd66-afa9-4d4e-aba2-0f83a2994b54

the following includes counsel for all parties of record:

FOR THE PLAINTIFF:
Mr. J. Keith Hyde
FOR THE DEFENDANT:
Mr. James Martingano

I further certify that I am neither counsel for, related to, nor employed by any of the parties or attorneys in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of the action.

Further certification requirements pursuant to Rule 203 of TRCP will be certified to after they have occurred.

Certified to by me this 29th day November, 2006.

KIMBERLY K. GAUTHIER
Texas CSR 5507
Expiration Date: 12-31-06
Charlotte Smith Reporting, Inc.
Firm Registration No. 361
1116 Naylor, Suite C
Houston, Texas 77002
(713) 523-5400

4161fd66-afa9-4d4e-aba2-0f83a2994b5

FURTHER CERTIFICATION UNDER RULE 203 TRCP

The original deposition was/was not returned to the deposition officer on ____________________;

If returned, the attached Changes and Signature page contains any changes and the reasons therefor;

If returned, the original deposition was delivered to ______________________________, Custodial Attorney;

That $____________ is the deposition officer's charges to the ________________________ for preparing the original deposition transcript and any copies of exhibits;

That the deposition was delivered in accordance with Rule 203.3, and that a copy of this certificate was served on all parties shown herein on ____________________________ and filed with the Clerk.

Certified to by me this ______ day of ______________, _________.

Kimberly K. Gauthier, Texas CSR 5507
Expiration Date: 12/31/06
Firm Registration No. 361
Charlotte Smith Reporting, Inc.
1116 Naylor Street, Suite C
Houston, Texas 77002
713.523.5400
kgauthier@csreporting.com

4161fd66-afa9-4d4e-aba2-0f83a2994b54