# EXHIBIT "1"

Dockets.Justia.com

CAUSE NO. 06-H-0395-C

| | | |
|---|---|---|
| AUBREY CLARK AND WIFE, KELLY CLARK, | ) | IN THE DISTRICT COURT |
| | ) | |
| VS. | ) | MATAGORDA COUNTY, TEXAS |
| | ) | |
| KELLOGG BROWN & ROOT, LLC AND HALLIBURTON COMPANY. | ) | 23RD JUDICIAL COURT |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

VIDEOTAPED ORAL DEPOSITION OF

AUBREY CLARK

NOVEMBER 6, 2006

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

VIDEOTAPED ORAL DEPOSITION OF AUBREY CLARK,

produced as a witness at the instance of the Plaintiff,

and duly sworn, was taken in the above-styled and

numbered cause on the 6th of November, 2006, from 10:51

a.m. to 1:15 p.m., before Kimberly K. Gauthier, CSR in

and for the State of Texas, reported by machine

shorthand, at Brompton Court Apartments, 7510 Brompton,

Apt. 598; Houston, Texas, pursuant to the Texas Rules of

Civil Procedure and any provisions stated on the record

or attached hereto.

 1    grandkids, you know, about the best thing I like to do

 2    any more.  You know, we go out and eat every weekend and

 3    take the family.  But most of the time I'm just, you

 4    know, just around the house and doing things that need

 5    to be doing around there, light stuff.

 6        Q    Now, you currently live up in Grapeland,

 7    Texas.  I'm not talking where you're living right now

 8    because of your illness --

 9        A    Yes.

10        Q    -- but your normal homestead is in Grapeland,

11    correct?

12        A    Yes.

13        Q    And would you describe your house and your

14    land where you live?

15        A    You'd think I'm bragging.  We got a nice big

16    brick house with a big back end on it porched in with

17    glass.  We got about an 8-acre lake 75 yards behind the

18    house with a diving board on it full of catfish and

19    bass.  It's got a pier running out on it with a little

20    boathouse, big barbecue pit and stuff out there.  You

21    know, it's kind of unique for me, you know.  I'm not

22    trying to brag.  I'm just thankful of it, you know.

23        Q    Would it be fair to say, sir, you're proud of

24    your home?

25        A    Yes.

1    what area of Brown & Root did you work in, what part of

2    the company?

3         A    Marine operators.

4         Q    Now, within marine operators, in that division

5    of Brown & Root, what were you doing for Brown & Root

6    back in the early Seventies, '71/72 time period?

7         A    Well, you know, they call that pile

8    drivers/riggers.  Mainly what it was, I was a helper

9    and, you know, you just done what you was told.  It was

10   really the lowest man on decks out there.  You know, you

11   -- if a welder needed some help or if a fitter did, your

12   boss would send you over there to help whoever and, if

13   not, you worked in the rigging gang.

14        Q    Now, you were working on seagoing barges; is

15   that right?

16        A    Yes.

17        Q    And this was out in the Gulf of Mexico?

18        A    Yeah.

19        Q    And what was -- what was the purpose of these

20   seagoing barges or vessels?

21        A    Well, these shipyards and stuff along these --

22   well, in Aransas Pass, they got a big one and they'll be

23   in by them ship channels and them shipyards would build

24   these big platforms.  And what we would do on it is take

25   these platforms offshore and launch them off of barges,

4161fd66-afa9-4d4e-aba2-0f83a2994b5

1    big material barges and get ahold of them with a big --

2    see, these barges had big cranes on them.  Back years

3    ago, they -- a 500 ton was the big size and then we got

4    there at the last some 2,000 tons.  And you would take

5    that barge and bring it out there and launch that jacket

6    off and you would hook this crane onto it that was on

7    this work barge that we worked on and we would pick it

8    up off of the barge or either launch it off -- if it was

9    within our capacity, we would pick it up.  If it wasn't,

10   we would launch it off and leave part of it flooded and

11   hook the barge to it, our barge, with some big slings

12   and we would upright it.  A lot of times it would go

13   over wells that had already been drilled out there, and

14   then you'd set this platform down on a location which

15   would be determined by surveyors and you'd orientate it

16   whichever way it needed to be and then you would flood

17   it all the way and set it on bottom and then we would

18   drive piling in the legs and then take what would be

19   called a deck section, it would come out and you would

20   pick that deck section up and set it on there.  And most

21   of the time, we would put the drilling rig on it.  And,

22   you know, we went through the whole process other than

23   the land direction out there up to the painting of it.

24   You know, we painted it and everything and then we would

25   move on to another.

1    Q    So, would it be a fair summary that these

2  barges that you worked on, these seagoing vessels that

3  y'all would basically install oil production platforms

4  or oil rigs out in the Gulf of Mexico?

5    A    Yeah, yeah, yeah.  That would be shorter than

6  what I said.

7    Q    Now, where would you primarily ship out of in

8  order to go out to the Gulf of Mexico?

9    A    We worked all over.  You know, we worked --

10  started at -- we worked on the Texas coast, Galveston,

11  Aransas Pass, Matagorda.  We work -- there was another

12  place -- Brown & Root -- did I say Aransas Pass?

13    Q    Yes, sir.  How about Orange?

14    A    Yeah, I've come out of Orange, out of there

15  before also.

16    Q    So would it be fair to say that the places

17  where you shipped out of most often would be Galveston,

18  Matagorda, Orange and Aransas Pass?

19    A    Yeah, we done more work out of Texas than any

20  other place.

21    Q    And that's where you would ship out and get on

22  your barge --

23    A    Yeah.

24    Q    -- and go out?

25    A    Yes.

1        Q      Now, one thing about Brown & Root is if

2    there's not work, they typically lay people off, right?

3        A      Right.  Yeah.  If there's not a job there and

4    it usually starts with your lower -- you know, your

5    lower people that gets laid off.

6        Q      Now, on occasion, would you be laid off while

7    at Brown & Root?

8        A      Yes.

9        Q      While you were with the Brown & Root marine

10   operators, would you say that was a pretty consistent

11   time period that you worked pretty much from the early

12   Seventies through the mid-1980s?

13       A      You know, Keith, they probably wasn't very

14   many of them that worked more than I did.  I went down

15   and done a little work one time for my superintendent's

16   son putting some cranes together that we was laid off.

17   And I -- I don't think I was gone but four or five

18   months.  As quick as Brown & Root got back, you know, it

19   depended on the oil field.  You know, if there was a lot

20   of work on the oil field, everybody worked.  If the work

21   got slow, they just edged them off however the office

22   said to.  But I was laid off from Brown & Root I think

23   one -- one, possibly two times from there to I think in

24   1986 I came out of Alaska and I believe it was -- I know

25   when it was.  It was the 13th day of December because it

1  was 10 below in Anchorage and I don't remember the last

2  time it had been above zero, but it was cold.

3       Q    So, Aubrey, in the 14 or 15 years you worked

4  at Brown & Root, you were only laid off one or two

5  times; is that right?

6       A    Yeah, for short periods.

7       Q    And what were some of the names of the barges

8  that you worked on while you were at Brown & Root?

9       A    I worked on George R. Brown, H.A. Lindsey,

10 Foster Parker, two or three of them they brought in from

11 overseas and I done short stints on them.  They had an

12 old big barge called the Atlas that had a 2,000 ton rig

13 on it, and I went over there and helped them boys get

14 that barge straightened out.  They had a lift ship named

15 the Ocean Builder, which was 2,000 tons and I worked on

16 it.  Then they had another lift ship they kept on the

17 West Coast, and it was mine.  I usually done most of the

18 work with it.  It was 2,000 ton lift ship called the

19 Serita, but we didn't get that lift ship until late

20 years.  I think the first time I went on it was in '84

21 or '85.

22      Q    Now, the barges that you were working on had

23 cranes.  They were fully operational seagoing vessels,

24 correct?

25      A    Yeah, they had a machine shop on them.  They

1    could do anything.

2        Q    You had quarters on them, correct?

3        A    Yes, yes, yes.

4        Q    And you were a member of the crew of these

5    Brown & Root vessels; is that right?

6        A    Yes.

7        Q    And you contributed to the operation of those

8    vessels while at sea?

9        A    Yes.

10        Q    Now, I want to start off in that '71/72 time

11    period, and I'd like for you to tell me about what your

12    job title was and what you would do on an average day.

13        A    7 -- in '72 up until I started getting

14    promotions and all, I done everything, whatever they

15    told me.  I could be helping them mechanics, welders,

16    riggers.  I was a flunkey.  You know, I got done what I

17    was told.

18        Q    Well, would another way to put it is you were

19    learning the trade?

20        A    Yes.  Yeah, they were teaching me -- you know,

21    I -- they was teaching me how to do everything as we

22    went along.

23        Q    And, again, this was out in the Gulf of

24    Mexico?

25        A    Yes.

Page 24

1    Q    Now, these cranes and these pile drivers and

2    equipment like that, would you have to lubricate those

3    pieces of equipment?

4    A    Yes.

5    Q    Would you have to clean those pieces of

6    equipment?

7    A    Yes.

8    Q    Would it be fair to say that when you were

9    working on these offshore barges that they were, let's

10   say, oily, kind of grimy type pieces of equipment where

11   you were working?

12              MR. MARTINGANO:  Objection, form.

13   Q    (By Mr. Hyde) Let me -- since he objected.

14              Would you describe what would it would be like

15   working on the equipment, what did it look like, how did

16   it feel while you were on the barges?

17   A    Well, to -- all right.  I'm going to tell you

18   just one of the average hammers that we used to drive

19   piling with.  This hammer is going to weigh 100 tons.

20   All right.  You got to shoot grease in it to make it

21   slide up and down through the travel.  The hammer sets

22   in a big traveling block (indicating).  You have to

23   grease that thing where it -- it will slide up and down

24   through there.  All right.  You got to put a lot of

25   grease on them things or it won't slide.  It weighs 100

Page 25

1    tons.  It will rub one side or another.  The moving

2    parts on the hammer itself had to be greased and they

3    didn't grease them with no little grease gun that you

4    pump.  We used air guns that would chit-chit-chit shoot

5    grease to that back wall back there (indicating).  And,

6    you know, you put a lot of grease on them things.  You

7    had to to make them work.  Well, the wind always blowing

8    out there.  You put them up on top of these pilings 70,

9    80 foot in the air, that grease starts coming off.

10   Sometimes the operators have to come out of their cabs

11   and shut them down to clean their windows where they can

12   see what they got ahold to.  You know what that's doing

13   to your deck.  You know, I mean, it's just stuff that's

14   all around.

15       Q    Now, when you'd lubricate the various types of

16   equipment on this barge, would that be something that

17   you would do every day?

18       A    We had to do it every time we used that

19   hammer.  You know, if we was driving piling, it was

20   done.

21       Q    But as far as the operation of the barge

22   itself, the internal parts of the barge, be it different

23   pieces of machinery, would you also have to lubricate

24   that or oil that on a daily basis?

25       A    You know, occasionally I did grease all them

1    shives and -- and stuff.  But most of the time, they had

2    an oiler that done your stuff in your cab.  See, we

3    worked on the deck.  But, you know, he -- we have done

4    it and sometimes we -- you know, the oiler done it.

5        Q    Would your clothes get oily and greasy while

6    you were out there?

7        A    Yeah.

8        Q    Would your tools get oily and greasy, whatever

9    tools you were using?

10       A    Yes, they would.

11       Q    Now, would you have to use some type of

12   solvent to clean equipment on the barge or clean your

13   tools or clean your hands?

14       A    Yeah.

15       Q    What type of solvent would you use to clean

16   your tools, your hands, the equipment, surfaces, clothes

17   even?

18       A    Benzene.

19       Q    So, where would you get the benzene?

20       A    They had it stacked up around the round house

21   on the barge.  It was a barrel rack up there and they

22   had all different kind of oils and lubricants in there

23   and that's where they kept their benzene, too.

24       Q    Was it in a drum?

25       A    Yes.

1          Q      Did it have a spigot on it?

2          A      Yes, it had a spigot on it.

3          Q      And generally what was the color of the drum

4     of benzene?

5          A      I think that drum was black.  It was dark

6     colored.

7          Q      How did you know that it was benzene?

8          A      It had a benzene sticker on it, you know.  And

9     a lot of times they would write on them with a marker

10    that was a wax based, on the top of it they would write

11    benzene, just the oiler or the engineer.  Like if the

12    barrels had been on a boat for a long time and been wet

13    and wouldn't tagged good, they would mark them on there.

14    You know, they would put, like, benzene on this one and

15    certain kind of oil on that one.

16         Q      Was the benzene effective at removing oil and

17    grease?

18         A      Oh, yeah, it cut it.

19         Q      What did the benzene look like?

20         A      Well, it was just a clear liquid.  Kind of

21    whenever you touched it, it would be a little damp, a

22    little bit cold, you know.

23         Q      Did it have any type of odor that you recall?

24         A      You know, that stuff had a funny smell to it.

25    It would make you kind of lightheaded sometimes.

Page 28

1       Q    Now, on an average, let's say, week while you

2   were out on the Brown & Root barge, about how many times

3   a week would you use the benzene?

4       A    You know, sometimes we used it every day.

5   Sometimes we wouldn't use it for two or three days.  I

6   would say if you -- if you figured it out, you would say

7   you was in that benzene every other day --

8       Q    And then --

9       A    -- you know, if you took and averaged it.

10      Q    And this started from the early Seventies to

11  approximately when do you recall that you were no longer

12  using the benzene?

13      A    You know, I think that stuff quit showing up

14  out there in the late Seventies.  You know, I'm not --

15  like I said, I'm not sure about just that.  You know,

16  that that's the way it is, but --

17      Q    But that's your truthful testimony?

18      A    That's my truthful calculation right there.

19      Q    Now, on an average day, how long would you use

20  the benzene to either clean up equipment or clean your

21  hands or your tools or clothing?  About how long would

22  you do that?

23      A    30 minutes to two hours.

24      Q    Depending on what job --

25      A    Depending on what job we was doing.  You know,

4161fd66-afa9-4d4e-aba2-0f83a2994b5

Page 29

 1   a little bitty job 15 to 45 minutes, but if we had --

 2   like I said, we cleaned them hammers with that stuff and

 3   sometimes we was in it all day.

 4       Q    And would you describe how you would clean a

 5   hammer with the benzene?

 6       A    Well, you have a big fire hose out there

 7   hooked up on saltwater out of -- out of the Gulf of

 8   Mexico and you spray it off and you try to knock all the

 9   grease -- you know, try to knock the grease that you

10   could off because you had -- some of them fire hoses

11   took two or three men to hold them.  But you try to

12   knock that grease off of them there and then you come in

13   and spray them -- spray that benzene on that thing and

14   then let it set awhile and it would -- if you done it

15   two or three times, it would get a pretty good, you

16   know, clean on it.  Now, if you got down and scrubbed

17   it, you could get it pretty well clean.

18       Q    And how long would it take you --

19            MR. MARTINGANO:  Objection,

20   nonresponsive.

21       Q    (By Mr. Hyde) How long would it take you to do

22   that, Aubrey, to clean that hammer?

23       A    It would take us a half a day to get them

24   clean, maybe a little longer --

25       Q    How often --

Page 30

1      A      -- depending on if somebody called us off to

2  do something else.

3      Q      How often would you have to do that?

4      A      Well, when that barge was working, we didn't

5  do it because it would slow the production down.  But if

6  -- when they shut down, you know, when they -- like we

7  finished a job or had a little standby time, they would

8  jump us on that kind of stuff there.

9      Q      Would you ever have to clean the surface of

10  the barge with benzene?

11      A      The metal on it we did.  You know, we -- and

12  the handrails, you know, we would go over there and do

13  the same process that we done on that hammer.  We'd come

14  over and spray the rough off and then we'd spray it on

15  there or either have a rag and put it on there with a

16  rag and then that stuff might near evaporate.

17      Q      And that would be just to get the grease off?

18      A      Yeah, yeah.

19      Q      Sir, were there ever times that you would feel

20  lightheaded from using the benzene?

21      A      You get downwind from it you will.  You get

22  downwind from it you would.

23      Q      Is that something that happened routinely with

24  you?

25                    MR. MARTINGANO:  Objection, form.

1    A    Oh, yeah, if you was around it a good bit.

2    You know, if you was downwind from it, it happened as

3    often -- half as often as it didn't happen.

4    Q    (By Mr. Hyde) Whenever you were using the

5    benzene, would it be fair to say that you could always

6    identify the odor?

7    A    Yeah, it had kind of a sweet smell to it.

8    Q    Were you ever instructed by Brown & Root to

9    wear gloves when using the benzene?

10    A    No.    They never did say nothing about using

11    gloves.

12    Q    Were you ever instructed to wear a respirator?

13    A    No.

14    Q    Did Brown & Root ever provide you any type of

15    warning that the benzene would be a health hazard to

16    yourself and cause damage to your --

17    A    You know, I used that stuff until it was gone

18    before I ever knew that it wasn't all right to use it.

19    You know, I never heard nobody say, Y'all can't use

20    that.

21           MR. MARTINGANO:   Objection,

22    nonresponsive.

23    Q    (By Mr. Hyde) I'm going to ask you a very

24    specific question and because he objected to the

25    response, so I want to make sure that you answer it --

1    answer that specific question.

2            Were you ever provided with any warnings that

3    benzene was harmful to your body?

4        A    No.

5        Q    Were you ever given any instruction by Brown &

6    Root how to protect yourself from exposure to benzene?

7        A    No.

8        Q    Now, I think you said that the benzene was

9    present on these -- on these barrel racks from when you

10   started, which would have been in the '71/72 time period

11   through I think you said the late Seventies; is that

12   right?

13       A    Yeah.  Late Seventies -- from mid Seventies to

14   late Seventies.  I'm not positive about that.  You know,

15   it was used -- I don't remember the exact time whenever

16   they quit that.

17       Q    But it's your honest --

18       A    I know --

19       Q    But it's your honest testimony you believe it

20   was sometime in the late Seventies that they

21   discontinued making benzene available on the barrel

22   racks; is that true?

23       A    Yes.

24       Q    Now, if you would, take me through the

25   Seventies and Eighties as to what you were doing at

1    **Brown & Root on an average day.**

2          A    My job --

3          Q    **Yes, sir.**

4          A    -- title?

5          Q    **Uh-huh.**

6          A    Well, it started out where I was a pile driver

7    helper.  I don't remember --

8                    MR. HYDE:  Why don't we go off the record

9    for one second and let you get a drink.

10                   THE VIDEOGRAPHER:   We are off the record

11   at 11:35.

12                   (RECESS FROM 11:35 TO 11:36.)

13                   THE VIDEOGRAPHER:   We're back on the

14   record at 11:36.

15         A    Repeat your question, please.

16         Q    **(By Mr. Hyde) After the, let's say, mid to**

17   **late Seventies, would you describe generally what your**

18   **work was like for Brown & Root and where you worked?**

19         A    All right.  I worked mostly on the derrick

20   barge Foster Parker.

21         Q    **And what were you doing on the Foster Parker?**

22         A    Well, I started out as a helper.  I went to a

23   rigger, and from a rigger to a rigger leadman.  Sometime

24   in the very late Seventies, I was rigger foreman.

25         Q    **And when you left Brown & Root in 1986, I'm**

4161fd66-afa9-4d4e-aba2-0f83a2994b54

Page 91

1                    CAUSE NO. 06-H-0395-C

2    AUBREY CLARK AND WIFE,     ) IN THE DISTRICT COURT
     KELLY CLARK,               )
3                               )
     VS.                        ) MATAGORDA COUNTY, TEXAS
4                               )
     KELLOGG BROWN & ROOT, LLC  )
5    AND HALLIBURTON COMPANY.   ) 23RD JUDICIAL DISTRICT

6
                    REPORTER'S CERTIFICATION
7                  DEPOSITION OF AUBREY CLARK
                      NOVEMBER 6, 2006
8

9            I, Kimberly K. Gauthier, Certified Shorthand

10   Reporter in and for the State of Texas, hereby certify

11   to the following:

12           That the witness, AUBREY CLARK, was duly sworn

13   by the officer and that the transcript of the oral

14   deposition is a true record of the testimony given by

15   the witness;

16           That the deposition transcript was submitted

17   on _____. to the witness or

18   to the attorney for the witness for examination,

19   signature and return to me by _____;

20           That the amount of time used by each party at

21   the deposition is as follows:

22       Mr. Hyde ....................1:17
         Mr. Martingano................0:44
23

24           That pursuant to information given to the

25   Deposition officer at the time said testimony was taken,

4161fd66-afa9-4d4e-aba2-0f83a2994b54

1  the following includes counsel for all parties of

2  record:

3          FOR THE PLAINTIFF:
              Mr. J. Keith Hyde
4          FOR THE DEFENDANT:
              Mr. James Martingano

5

6          I further certify that I am neither counsel

7  for, related to, nor employed by any of the parties or

8  attorneys in the action in which this proceeding was

9  taken, and further that I am not financially or

10 otherwise interested in the outcome of the action.

11         Further certification requirements pursuant to

12 Rule 203 of TRCP will be certified to after they have

13 occurred.

14         Certified to by me this _29th_ day

15 _November_, 2006.

16

17

18         _____
           KIMBERLY K. GAUTHIER
19         Texas CSR 5507
           Expiration Date:  12-31-06
20         Charlotte Smith Reporting, Inc.
           Firm Registration No. 361
21         1116 Naylor, Suite C
           Houston, Texas 77002
22         (713) 523-5400

23

24

25

Page 93

1    FURTHER CERTIFICATION UNDER RULE 203 TRCP

2         The original deposition was/was not returned

3    to the deposition officer on _____;

4         If returned, the attached Changes and

5    Signature page contains any changes and the reasons

6    therefor;

7         If returned, the original deposition was

8    delivered to _____,

9    Custodial Attorney;

10        That $_____ is the deposition

11   officer's charges to the _____ for

12   preparing the original deposition transcript and any

13   copies of exhibits;

14        That the deposition was delivered in

15   accordance with Rule 203.3, and that a copy of this

16   certificate was served on all parties shown herein on

17   _____ and filed with the Clerk.

18        Certified to by me this _____ day of

19   _____, _____.

20

21        Kimberly K. Gauthier, Texas CSR 5507
          Expiration Date: 12/31/06

22        Firm Registration No. 361
          Charlotte Smith Reporting, Inc.

23        1116 Naylor Street, Suite C
          Houston, Texas 77002

24        713.523.5400
          kgauthier@csreporting.com

25

4161fd66-afa9-4d4e-aba2-0f83a2994b54