IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| AUBREY CLARK AND WIFE, KELLY CLARK | § § § | CIVIL ACTION NO. 2:07-cv-191 (Judge John T. Ward) |
| VS. | § § § | |
| KELLOGG BROWN & ROOT, LLC, BROWN & ROOT, INC n/k/a KELLOGG BROWN & ROOT, LLC, KBR, INC. d/b/a KELLOGG BROWN & ROOT (KBR), INC. and HALLIBURTON COMPANY | § § § § § § | Pursuant to Rule 9(h) of the Federal Rules of Civil Procedure - ADMIRALTY |

### PLAINTIFFS' MOTION FOR EXPEDITED TRIAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, AUBREY CLARK and wife, KELLY CLARK, hereafter referred to as Plaintiffs, filing this their Motion for Expedited Trial and would show unto the Court as follows:

I.

Plaintiff, Aubrey Clark has been diagnosed with Acute Myelogenous Leukemia (AML), the prognosis for which is grave. The AML diagnosis was confirmed by physicians at MD Anderson Hospital. One of his treating physicians at MD Anderson Hospital is Dr. Deborah Thomas and she has testified that Aubrey Clark has less than 30 percent chance of cure.

II.

This case was originally filed in State Court in Matagorda County, Texas and during those proceedings all of Plaintiffs' and Defendants' expert witnesses were deposed. Plaintiffs' and Defendants' also deposed various fact witnesses in this case.

From the Plaintiffs' prospective no additional expert and/or fact witnesses need to be deposed. Through a telephone conversation with Defense counsel on August 23, 2007, it was indicated that Defendants may want to depose an additional fact witness or two but at this time they had no plans to identify additional witnesses.

Given that this matter is ready for trial before the court we respectfully request that this case be given an expedited trial setting so that the Plaintiff, Aubrey Clark can have his day in court.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that this Motion for Expedited Trial and Order be entered by the Court.

Respectfully submitted,

PROVOST ★ UMPHREY LAW FIRM
490 Park Street
P. O. Box 4905
Beaumont, TX 77704
409/835-6000
409/838-8888 (fax)

BY: _____
J. Keith Hyde
State Bar No. 10370250
Zona Jones
State Bar No. 10887600

&

Ernest Cannon
State Bar No. 03746000
505 N. Graham
Stephenville, Texas 76401
(254) 918-1006
Fax (254) 918-2005

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

Plaintiffs' counsel conferred with Defense counsel by telephone on August 23, 2007.

_____
J. KEITH HYDE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been duly forwarded to all counsel of record on this 29th day of August, 2007.

_____
J. KEITH HYDE