IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| AUBREY CLARK AND WIFE, KELLY CLARK | § § § | CIVIL ACTION NO. 2:07-cv-191 (Judge John T. Ward) |
| VS. | § § § | |
| KELLOGG BROWN & ROOT, LLC, BROWN & ROOT, INC n/k/a KELLOGG BROWN & ROOT, LLC, KBR, INC. d/b/a KELLOGG BROWN & ROOT (KBR), INC. and HALLIBURTON COMPANY | § § § § § § | Pursuant to Rule 9(h) of the Federal Rules of Civil Procedure - ADMIRALTY |

**ORDER**

CAME ON TO BE CONSIDERED, this the _____ day of _____, 2007, Plaintiffs' Motion for Expedited Trial Setting and the Court finds, after considering same, that said Motion is meritorious and should be GRANTED.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED,** that this case be set for trial on _____, _____.