## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| AUBREY CLARK ET AL., | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 2:07-CV-191 |
| | § | |
| KELLOGG BROWN & | § | |
| ROOT, LLC, ET AL. | § | |
| | § | |

## **ORDER**

The court expedites the plaintiff's motion (#13) to expedite trial. The defendants are ordered to respond to the plaintiff's motion (#13) within 5 days, and in so doing, state what, if any, discovery is remaining in the case.

SIGNED this 31st day of August, 2007.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE