✑ AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF  TEXAS

| AUBREY CLARK | **NOTICE** |
|---|---|
| V. | |
| KELLOG BROWN & ROOT, LLC, ET AL | CASE NUMBER:  2:07-cv-191 (TJW-CE) |

TYPE OF CASE:

    X   **CIVIL**            **CRIMINAL**

X **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |
| | October 5, 2007, 1:30 pm |

TYPE OF PROCEEDING

**STATUS CONFERENCE VIA TELEPHONE**

**TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

David J. Maland
US MAGISTRATE JUDGE OR CLERK OF COURT

October 2, 2007                                           Debbie Latham
DATE                                                      (BY) DEPUTY CLERK

TO:     ALL COUNSEL OF RECORD

**ATTENTION: STAFF OF JUDGE CHAD EVERINGHAM**

**ACKNOWLEDGMENT**

      **NOTICE TO COUNSEL:** Please sign in the space provided below and return to the court by facsimile, **(903) 938-7819**, within three (3) days of your receipt of the enclosed notice.

_____

      **I acknowledge receipt of the indicated notice on the date shown below.**

Case No. _____

Signature of Atty. _____
                                                    Date

Print Name of Atty. _____

Counsel for _____
                (Name of Party)

Type of Proceeding: _____
                       (e.g., Scheduling Conference)

Date of Proceeding: _____

Time of Proceeding: _____

Location of Proceeding: _____