IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| AUBREY CLARK AND WIFE, | § | |
| KELLY CLARK | § | |
| *Plaintiffs* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 2:07-CV-191 |
| | § | (Judge T. John Ward) |
| KELLOGG BROWN & ROOT, LLC, et al | § | (Judge C. Everingham) |
| *Defendants* | § | |
| | § | |

## **DEFENDANTS KELLOGG BROWN & ROOT, LLC; BROWN & ROOT, INC.; AND KBR, INC.'S NOTICE OF FILING INITIAL DISCLOSURES**

COME NOW Defendant KELLOGG BROWN & ROOT, LLC; BROWN & ROOT, INC. n/k/a KELLOGG BROWN & ROOT, LLC; KBR, INC. d/b/a KELLOGG BROWN & ROOT, INC (collectively referred to as Defendants), and, pursuant to Rule 26 of the Federal Rules of Civil Procedure, file this their Notice of Filing of Initial Disclosures. Defendants served their Initial Disclosures on October 19, 2007.

Respectfully submitted,

By: _____/s/_____
 M.C. Carrington
 Attorney in Charge
 Texas State Bar No. 03880800
 James G. Martingano
 Texas State Bar No. 00791194
 **MEHAFFYWEBER, PC**
 One Allen Center
 500 Dallas, Suite 1200
 Houston, Texas  77002
 Phone – 713-655-1200
 Fax – 713-655-0222
 mccarrington@mehaffyweber.com
 jamesmartingano@mehaffyweber.com

 Defendants KELLOGG BROWN & ROOT, LLC;
 BROWN & ROOT, INC. n/k/a KELLOGG

BROWN & ROOT, LLC; KBR, INC. d/b/a KELLOGG BROWN & ROOT, INC.

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of Defendant's Initial Disclosures were served via CM/ECF for the Eastern District of Texas, on the 19th day of October, 2007.

_____/s/_____
James G. Martingano