IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| AUBREY CLARK AND WIFE, KELLY CLARK | § § § § § | CIVIL ACTION NO. 2:07-cv-191 (Judge John T. Ward) |
| VS. | | |
| KELLOGG BROWN & ROOT, LLC, BROWN & ROOT, INC n/k/a KELLOGG BROWN & ROOT, LLC, KBR, INC. d/b/a KELLOGG BROWN & ROOT (KBR), INC. and HALLIBURTON COMPANY | § § § § § § § | Pursuant to Rule 9(h) of the Federal Rules of Civil Procedure – ADMIRALTY |

### NOTICE OF DISCLOSURE

COMES NOW PLAINTIFFS, AUBREY CLARK AND WIFE, KELLY CLARK, and in accordance with the requirements of the Federal Rules of Civil Procedure, hereby gives notice that the required disclosure has been made by the Plaintiffs.

Respectfully submitted,

PROVOST & UMPHREY LAW FIRM, L.L.P.
490 Park Street
P. O. Box 4905
Beaumont, Texas 77701
(409) 835-6000 phone
(409) 838-8888 fax

By: _____
J. Keith Hyde
State Bar No. 10370250
Zona Jones
State Bar No. 10887600

&

Ernest Cannon
State Bar No. 03746000
505 N. Graham
Stephenville, Texas 76401

(254) 918-1006 phone
(254) 918-2005 fax

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served upon the below-listed individuals by depositing said pleading in the United States Mail, sufficient postage affixed thereto, on this the 23rd day of October 2007:

_____
J. Keith Hyde