IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| AUBREY CLARK AND WIFE, KELLY CLARK<br>*Plaintiffs,*<br><br>vs.<br><br>KELLOGG BROWN & ROOT, LLC, et al<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:07-CV-191<br>(Judge T. John Ward) |

Agreed Docket Control Order

1. ___November 9th___ PLAINTIFFS will designate experts that may be used at trial. PLAINTIFFS will provide updated reports for any expert opinions that were not contained in depositions of any expert previously deposed in the Matagorda County case. To the extent that it has not been previously provided in the Matagorda County case, PLAINTIFFS will provide any supporting documentation required by Federal Rule 26 (a)(2)(B) (with the exception of a written report if an expert has already been deposed and their opinions have not changed). The parties agree that an expert's deposition testimony in the Matagorda County case will satisfy the Federal Rule's requirement for a written report, however, no expert opinions will be offered that are not provided in a written report or expert deposition.

2. ___November 23rd___ DEFENDANTS will designate experts that may be used at trial. DEFENDANTS will provide updated reports for any expert opinions that were not contained in depositions of any expert previously deposed in the Matagorda County case. To the extent that it has not been previously provided in the Matagorda County case, DEFENDANTS will provide any supporting documentation required by Federal Rule 26 (a)(2)(B) (with the exception of a written report if an expert has already been deposed and their opinions have not changed). The parties agree that an expert's deposition testimony in the Matagorda County case will satisfy the Federal Rule's requirement for a written report, however, no expert opinions will be offered that are not provided in a written report or expert deposition.

3. ___November 16th___ PLAINTIFFS will identify all fact witnesses that may be used at trial.

4. ___November 30th___ DEFENDANTS will identify all fact witnesses that may be used at trial.

5. ___December 15th___ DISCOVERY – all discovery will be completed by this date.

6.    <u>December 31st</u>        PLEADINGS – deadline to amend all pleadings.

7.    <u>January 7th, 2008</u>    PRETRIAL CONFERENCE.

8.    <u>TBD</u>                    BENCH TRIAL.


Respectfully submitted,


By: _____/s/_____
        M.C. Carrington
        Attorney in Charge
        Texas State Bar No. 03880800
        James G. Martingano
        Texas State Bar No. 00791194
        **MEHAFFYWEBER, PC**
        One Allen Center
        500 Dallas, Suite 1200
        Houston, Texas 77002
        Phone – 713-655-1200
        Fax – 713-655-0222
        mccarrington@mehaffyweber.com
        jamesmartingano@mehaffyweber.com

        Attorneys for Defendants KELLOGG BROWN & ROOT, LLC; BROWN & ROOT, INC.; and KBR, INC.


By: _____/s/_____
        J. Keith Hyde
        State Bar No. 10370250
        Zona Jones
        State Bar No. 10887600
        &
        Ernest Cannon
        State Bar No. 03746000
        505 N. Graham
        Stephensville, TX 76401
        Tel. No. 254/918-1006
        Fax. 254/918-2005

        Attorneys for Plaintiffs.

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing was served via CM/ECF for the Eastern District of Texas, this 5th day of November, 2007.

/s/
James G. Martingano