IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| AUBREY CLARK AND WIFE, KELLY CLARK | § § § | CIVIL ACTION NO. 2:07-CV-191 (Judge John T. Ward) |
| VS. | § § § | |
| KELLOGG BROWN & ROOT, LLC, BROWN & ROOT, INC n/k/a KELLOGG BROWN & ROOT, LLC, KBR, INC. d/b/a KELLOGG BROWN & ROOT (KBR), INC. and HALLIBURTON COMPANY | § § § § § § | Pursuant to Rule 9(h) of the Federal Rules of Civil Procedure – ADMIRALTY |

## PLAINTIFFS' NOTICE OF 1ST SUPPLEMENTAL EXPERT AND FACT WITNESS DISCLOSURE

COME NOW, Plaintiffs and in accordance with the requirements of the Federal Rules of Civil Procedure, hereby gives notice that the required expert and fact witness disclosure has been made by the Plaintiffs.

Respectfully submitted,

PROVOST & UMPHREY LAW FIRM, L.L.P.
490 Park Street
P. O. Box 4905
Beaumont, Texas 77701
(409) 835-6000 phone
(409) 838-8888 fax

By: _____
J. Keith Hyde
State Bar No. 10370250
Zona Jones
State Bar No. 10887600

&

Ernest Cannon
State Bar No. 03746000
505 N. Graham

Stephenville, Texas 76401
(254) 918-1006 phone
(254) 918-2005 fax

ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument was provided to all counsel in accordance with the Texas Rules of Civil Procedure on this the 9th day of November, 2007.

_____
J. KEITH HYDE